UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James

J. Rick Taché (#195100)
rtache@swlaw.com
Deborah S. Mallgrave (#198603)
dmallgrave@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: 714-427-7000
Facsimile: 714-427-7799

Attorneys for Defendants Westinghouse Solar, Inc. and Andalay Solar, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEP SOLAR, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTINGHOUSE SOLAR, INC., (formerly known a AKEENA SOLAR, INC.), a Delaware corporation, ANDALAY SOLAR, INC., a California corporation; LIGHTWAY GREEN NEW ENERGY COMPANY, LTD., a Hebei Province, China corporation; BRIGHTWAY GLOBAL, LLC, a New Jersey corporation; MORRISON SUPPLY COMPANY, LLC, a Texas corporation; SKY SOLAR SOLUTIONS, LLC, a Pennsylvania corporation; ALTERNATIVE POWER & ELECTRIC, a California partnership<br><br>Defendants. | CASE NO. CV11-06493 MEJ<br>Hon. Maria-Elena James, Ctrm. B<br><br>**Stipulation re Extension of Time to Respond to Complaint**<br><br>Complaint filed: December 20, 2011 |

/ / /

/ / /



Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Pursuant to Local Rule 6-1, Plaintiff Zep Solar, Inc. and Defendants Westinghouse Solar, Inc. and Andalay Solar, Inc. (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree that Defendants shall have a fourteen-day extension of time, until January 25, 2012, to respond to the complaint filed by Plaintiff. By this stipulation, Defendants further stipulate and agree that they will not challenge the adequacy of service or that jurisdiction and venue are proper as to them in the Northern District of California. The parties have not previously agreed to any extensions of time for Defendants to respond to the complaint filed by Plaintiff.

In accordance with Northern District of California General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: January 10, 2012 FARELLA BRAUN & MARTEL L.L.P.

By: *s/Jeffrey M. Fisher*
Roderick M. Thompson
Jeffrey M. Fisher
Deepak Gupta
Attorneys for Plaintiff Zep Solar, Inc.

Dated: January 10, 2012 SNELL & WILMER L.L.P.

By: *s/Deborah S. Mallgrave*
J. Rick Taché
Deborah S. Mallgrave
Attorneys for Defendants Westinghouse Solar, Inc. and Andalay Solar, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000