IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZEP SOLAR, INC.,

    Plaintiff,

v.

WESTINGHOUSE SOLAR, INC., ANDALAY SOLAR, INC., LIGHTWAY GREEN NEW ENERGY COMPANY, LTD, BRIGHTWAY GLOBAL, LLC, MORRISON SUPPLY COMPANY, LLC, SKY SOLAR SOLUTIONS, LLC, and ALTERNATIVE POWER AND ELECTRIC,

    Defendants.

No. C 11-06493 JSW

**ORDER VACATING HEARINGS**

This matter is scheduled for a hearing on April 13, 2012, on Plaintiff's motion for jurisdictional discovery, and its motion to strike or dismiss. The Court finds the motions suitable for disposition without oral argument, and it VACATES the hearings. *See* N.D. Civ. L.R. 7-1(b). The matters are deemed submitted and rulings shall issue in due course.

**IT IS SO ORDERED.**

Dated: April 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE