United States District Court
For the Northern District of California

1

2

3

4

5

6
        IN THE UNITED STATES DISTRICT COURT

7

8
        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
ZEP SOLAR, INC.,

10
            Plaintiff,                          No. C 11-06493 JSW

11
    v.

12
WESTINGHOUSE SOLAR, INC.,                       **ORDER VACATING HEARINGS**
ANDALAY SOLAR, INC., LIGHTWAY
13
GREEN NEW ENERGY COMPANY, LTD,
BRIGHTWAY GLOBAL, LLC, MORRISON
14
SUPPLY COMPANY, LLC, SKY SOLAR
SOLUTIONS, LLC, and ALTERNATIVE
15
POWER AND ELECTRIC,

16
            Defendants.
                                          /
17

18
        This matter is scheduled for a hearing on April 13, 2012, on Plaintiff's motion for

19
jurisdictional discovery, and its motion to strike or dismiss.  The Court finds the motions

20
suitable for disposition without oral argument, and it VACATES the hearings.  *See* N.D. Civ.

21
L.R. 7-1(b).  The matters are deemed submitted and rulings shall issue in due course.

22
    **IT IS SO ORDERED.**

23
Dated: April 11, 2012                _____
                                     JEFFREY S. WHITE
24
                                     UNITED STATES DISTRICT JUDGE

25

26

27

28