United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEP SOLAR, INC., | No. C 11-06493 JSW |
| Plaintiff, | **ORDER RE HEARING ON MOTION TO DISMISS FILED BY ALTERNATIVE POWER & ELECTRIC** |
| v. | |
| WESTINGHOUSE SOLAR, INC., et al., | |
| Defendants. | |

Defendant Alternative Power & Electric has filed a motion to dismiss, which is scheduled for a hearing on June 8, 2012. That motion is not affected by Zep's request for jurisdictional discovery. Accordingly, the Court issues this Order to clarify that this motion remains on calendar on June 8, 2012. Zep's opposition to that motion remains due on May 15, 2012, and Alternative Power & Electric shall file its reply by no later than May 22, 2012. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: April 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE