[SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEP SOLAR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WESTINGHOUSE SOLAR, INC. (formerly known as AKEENA SOLAR, INC.); ANDALAY SOLAR, INC.; LIGHTWAY GREEN NEW ENERGY COMPANY, LTD.; BRIGHTWAY GLOBAL, LLC; MORRISON SUPPLY COMPANY, LLC; SKY SOLAR SOLUTIONS, LLC; ALTERNATIVE POWER & ELECTRIC,<br><br>    Defendants. | Case No. CV 11-6493 JSW<br><br>**STIPULATION AND** *[PROPOSED]* **ORDER REQUESTING TO CONTINUE CERTAIN PRE-TRIAL DATES**<br>**AS MODIFIED**<br><br>Judge:              Hon. Jeffrey S. White<br>Complaint Filed:  December 20, 2011 |
| WESTINGHOUSE SOLAR, INC. et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>ZEP SOLAR, INC.,<br><br>    Counterdefendant. | |

Plaintiff/Counterdefendant Zep Solar, Inc. ("Zep") and Defendants/Counterclaimants Westinghouse Solar, Inc. and Andalay Solar, Inc. (together, "WSI") and Lightway Green New Energy Company, Ltd., Brightway Global, LLC, Morrison Supply Company, LLC, Sky Solar

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

25142\3042022.1

1  Solutions, LLC, and Alternative Power & Electric (all collectively, "Defendants"),[1] by and
2  through their respective counsel, pursuant to this Court's Civil Standing Order and Northern
3  District of California Civil Local Rule 6-2, make this stipulated request for an order to continue
4  case scheduling dates with reference to the following facts:

5  WHEREAS, Zep filed this action on December 20, 2011, alleging infringement of Zep's
6  U.S. Patent No. 7,592,537;[2]

7  WHEREAS, the parties are engaging in preliminary motion practice related to the
8  dismissal of some parties for a lack of personal jurisdiction and for failure to state a claim;

9  WHEREAS, the Court vacated the previously set Case Management Conference to allow
10 for resolution of these motions, and there are accordingly no other dates presently scheduled (save
11 dates for briefing and hearing on the above referenced motions);

12 WHEREAS, by Order dated April 16, 2012 the Court granted Zep until May 30, 2012 to
13 take discovery as to whether Morrison Supply and Sky Solar Solutions have contacts with
14 California sufficient to support personal jurisdiction (Docket No. 56);

15 WHEREAS, recently, in the last several weeks the parties have engaged in settlement
16 discussions;

17 WHEREAS, the parties have made significant progress in those discussions and are
18 optimistic they will achieve a final resolution of the parties' disputes in the coming weeks;

19 WHEREAS, in light of these positive developments, the parties have already obtained a
20 stipulated deferral of dates in the International Trade Commission relating to a complaint filed by
21 WSI against Zep in that forum (Exhibit A);

---

[1] Defendants Morrison Supply Company, LLC and Sky Solar Solutions, LLC are specially appearing for the sole purpose of indicating their agreement to this Stipulation and do not by this stipulation, and the parties agree by this stipulation do not, waive previously asserted objections to personal jurisdiction.

[2] The parties are presently involved in a series of additional actions in the Northern District of California and United States International Trade Commission concerning two WSI patents – U.S. Patent No. 7,406,800 (the "'800 Patent") and U.S. Patent No. 7,987,641 (the "'641 Patent") (*Akeena Solar et al. vs. Zep Solar, et al.*, U.S.D.C. N.D. Cal. Case No. CV 09-5040 filed October 22, 2009 re the '800 patent (stayed); *Zep Solar et al. vs. Westinghouse Solar, et al.*, U.S.D.C. N.D. Cal. Case No. CV 11-3800 filed August 2, 2011 re the '641 Patent (stayed); *In the Matter of Certain Integrated Solar Power Systems and Components Thereof*, USITC Investigation No. 337-TA-811 filed October 3, 2011(several dates deferred approximately 30 days)).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 2 -

25142\3042022.1

WHEREAS, the parties wish to obtain a similar deferral of upcoming dates in this Action to facilitate these ongoing settlement discussions;

ACCORDINGLY, it is HEREBY STIPULATED by and among the parties and their counsel of record that the current scheduled dates in this action be deferred by approximately thirty days and be modified as follows (under the "Proposed" column):

| Event | Current Date | Proposed New Date |
|---|---|---|
| WSI, Morrison Supply, and Sky Solar to file amendments to their answers and counterclaims, if any | May 4, 2012 | June 1, 2012 |
| Zep's Opposition to Alternative Power & Electric's Motion to Dismiss | May 15, 2012 | June 15, 2012 |
| Alternative Power & Electric's Reply on Motion to Dismiss | May 22, 2012 | June 22, 2012 |
| Zep to Complete Jurisdictional Discovery Pursuant to this Court's Order of April 16, 2012 (Docket 56) | May 30, 2012 | June 29, 2012 |
| Zep's Opposition to Sky Solar Solutions and Morrison Supply Co.'s Motion to Dismiss | June 6, 2012 | July 6, 2012 |
| Hearing on Alternative Power & Electric's Motion to Dismiss **DOCKET 72** | June 8, 2012 | July 13, 2012[3] |
| Sky Solar Solutions and Morrison Supply Co.'s Replies On Motion to Dismiss | June 13, 2012 | July 13, 2012 |
| Hearing on Sky Solar Solutions and Morrison Supply Co.'s Motions to Dismiss **DOCKET NOS. 12, 14** | June 29, 2012 | ~~July 27, 2012~~ **August 3, 2012** |

The Court previously continued the hearings on Defendants' motions to dismiss. Docket Nos. 51, 56. The Court vacated the date set for the Case Management Conference. Docket No. 56 The scheduling modifications requested by this stipulation will not affect other dates set in this action.

---

[3] The parties request that the hearing on Alternative Power & Electric's Motion to Dismiss be continued to July 13, 2012, which is more than 30 days from the current hearing date, as that appears to be the first available hearing date on the Court's calendar.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 3 -

25142\3042022.1

**IT IS SO STIPULATED.**

Dated: April 26, 2012

FARELLA BRAUN + MARTEL LLP

By: /s/
Roderick M. Thompson (State Bar No. 96192)
  rthompson@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Deepak Gupta (State Bar No. 226991)
  dgupta@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff/Counterdefendant
ZEP SOLAR, INC.

Dated: April 26, 2012

SNELL & WILMER LLP

By: /s/
Deborah S. Mallgrave (#198603)
  dmallgrave@swlaw.com
Jeffrey M. Singletary (#233528)
  jsingletary@swlaw.com
Harsh P. Parikh (#281402)
  hparikh@swlaw.com
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: 714-427-7000
Facsimile: 714-427-7799

Attorneys for Defendants/Counterplaintiffs
WESTINGHOUSE SOLAR, INC.,
ANDALAY SOLAR, INC.; Defendant
ALTERNATIVE POWER & ELECTRIC;
and specially appearing Defendants
MORRISON SUPPLY COMPANY, LLC,
and SKY SOLAR SOLUTIONS, LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 4 -

25142\3042022.1

| | |
|---|---|
| Dated: April 26, 2012 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| | By: _____/s/_____<br>Jeffrey G. Knowles (State Bar No. 129754)<br>ef-jgk@cpdb.com<br>Julia D. Greer (State Bar No. 200479)<br>ef-jdg@cpdb.com<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br><br>Attorneys for Defendants/Counterplaintiffs<br>LIGHTWAY GREEN NEW ENERGY COMPANY, LTD., AND BRIGHTWAY GLOBAL, LLC |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE CERTAIN PRE-TRIAL DATES
14951318.2

- 5 -

25142\3042022.1

Case No. CV 11-6493 JSW — page 6

# ATTESTATION UNDER GENERAL ORDER NO. 45

In accordance with Northern District of California General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: April 26, 2012                               FARELLA BRAUN + MARTEL LLP


By: _____/s/_____
    Jeffrey M. Fisher

Attorneys for Plaintiff/Counterdefendant
ZEP SOLAR, INC.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED.**

Dated: April 27, 2012

By: _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 6 -

25142\3042022.1

# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, DC

The Honorable David P. Shaw
Administrative Law Judge

| In the Matter of | |
|---|---|
| CERTAIN INTEGRATED SOLAR POWER SYSTEMS AND COMPONENTS THEREOF | Inv. No. 337-TA-811 |

ORDER NO. 7 GRANTING JOINT MOTION AND
STIPULATION TO MODIFY PROCEDURAL SCHEDULE

Upon consideration of the Joint Motion and Stipulation to Modify Procedural Schedule ("Stipulation"), and there being good cause shown, it is hereby ORDERED that the Motion is GRANTED and that the Procedural Schedule (Order No. 6) is hereby modified as follows:

| Event | Date |
|---|---|
| File tentative list of hearing witnesses (with an indication of the relationship of each party's relationship to each witness) | May 11, 2012 |
| File identification of expert witnesses (including expertise and curriculum vitae) | May 11, 2012 |
| File notice of prior art | May 18, 2012 |
| File joint list of disputed claim terms and proposed constructions thereof; joint list of claim terms that must be construed but whose meanings are not disputed and joint proposed construction thereof; and joint statement regarding identification of accused products | June 22, 2012 |
| Fact Discovery Cutoff | June 22, 2012 |
| Deadline for second settlement conference | July 6, 2012 |
| Exchange and file initial expert reports | June 27, 2012 |
| File second settlement conference joint report | July 11, 2012 |
| Exchange and file rebuttal expert reports | July 11, 2012 |

All other dates on the Procedural Schedule are to remain the same. No written discovery will be served, no document productions will be required, and no depositions will be noticed or taken

until after May 11, 2012. Further, the deadline for the parties to file any opposition to any motion currently pending as of the date of this Joint Motion and Stipulation and the deadline to respond to pending written discovery shall be extended to May 21, 2012.

**IT IS SO ORDERED.**

DATED: 4/11/2012

_____
David P. Shaw
Administrative Law Judge

CERTAIN INTEGRATED SOLAR	Inv. No. 337-TA-811
POWER SYSTEMS AND
COMPONENTS THEREOF

## PUBLIC CERTIFICATE OF SERVICE

I, James R. Holbein, hereby certify that the attached **ORDER No. 7** has been served by hand upon the Commission Investigative Attorney Lisa M. Kattan, Esq., and the following parties as indicated, on April 12, 2012.

James R. Holbein, Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

**For Complainants Westinghouse Solar, Inc
And Andalay Solar, Inc.:**

J. Rick Tache', Esq.
**SNELL & WILMER, L.L.P.**
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92606

( ) Via Hand Delivery
( ) Via Overnight Mail
(X) Via First Class Mail
( ) Other: _____

**For Respondent Zep Solar, Inc.:**

Tom M. Schaumberg, Esq.
**ADDUCI, MASTRIANU & SCHAUMBERG, L.L.P.**
1133 Connecticut Ave., 12th Floor
Washington, D.C. 20036

( ) Via Hand Delivery
( ) Via Overnight Mail
(X) Via First Class Mail
( ) Other: _____

**For Respondents Canadian Solar Inc., And
Canadian Solar (USA) Inc.:**

Brian R. Nester, Esq.
**SIDLEY AUSTIN LLP.**
1501 K St., N.W.
Washington, D.C. 20005

( ) Via Hand Delivery
( ) Via Overnight Mail
(X) Via First Class Mail
( ) Other: _____

CERTAIN INTEGRATED SOLAR      Inv. No. 337-TA-811
POWER SYSTEMS AND
COMPONENTS THEREOF

<u>PUBLIC MAILING LIST</u>

| | |
|---|---|
| Heather Hall<br>LEXIS-NEXIS<br>9443 Springboro Pike<br>Miamisburg, OH 45342 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(X) Via First Class Mail<br>( ) Other: _____ |
| Kenneth Clair<br>Thomson West<br>1100 Thirteen Street, NW, Suite 200<br>Washington, DC 20005 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(X) Via First Class Mail<br>( ) Other: _____ |