[SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEP SOLAR, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTINGHOUSE SOLAR, INC. (formerly known as AKEENA SOLAR, INC.); ANDALAY SOLAR, INC.; LIGHTWAY GREEN NEW ENERGY COMPANY, LTD.; BRIGHTWAY GLOBAL, LLC; MORRISON SUPPLY COMPANY, LLC; SKY SOLAR SOLUTIONS, LLC; ALTERNATIVE POWER & ELECTRIC,<br><br>　　　　　Defendants. | Case No. CV 11-6493 JSW<br>**AMENDED**<br>**STIPULATION AND** [PROPOSED]<br>**ORDER REQUESTING TO CONTINUE**<br>**CERTAIN PRE-TRIAL DATES**<br><br>**AS MODIFIED.**<br><br>Judge:　　　　　　Hon. Jeffrey S. White<br>Complaint Filed:　December 20, 2011 |
| WESTINGHOUSE SOLAR, INC. et al.,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>ZEP SOLAR, INC.,<br><br>　　　　　Counterdefendant. | |

　　　Plaintiff/Counterdefendant Zep Solar, Inc. ("Zep") and Defendants/Counterclaimants Westinghouse Solar, Inc. and Andalay Solar, Inc. (together, "WSI") and Lightway Green New Energy Company, Ltd., Brightway Global, LLC, Morrison Supply Company, LLC, Sky Solar

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

25142\3042022.1

Solutions, LLC, and Alternative Power & Electric (all collectively, "Defendants"),[1] by and through their respective counsel, pursuant to this Court's Civil Standing Order and Northern District of California Civil Local Rule 6-2, make this stipulated request for an order to continue case scheduling dates with reference to the following facts:

WHEREAS, Zep filed this action on December 20, 2011, alleging infringement of Zep's U.S. Patent No. 7,592,537;[2]

WHEREAS, the parties are engaging in preliminary motion practice related to the dismissal of some parties for a lack of personal jurisdiction and for failure to state a claim;

WHEREAS, the Court vacated the previously set Case Management Conference to allow for resolution of these motions, and there are accordingly no other dates presently scheduled (save dates for briefing and hearing on the above referenced motions);

WHEREAS, by Order dated April 16, 2012 the Court granted Zep until May 30, 2012 to take discovery as to whether Morrison Supply and Sky Solar Solutions have contacts with California sufficient to support personal jurisdiction (Docket No. 56);

WHEREAS, recently, in the last several weeks the parties have engaged in settlement discussions;

WHEREAS, the parties have made significant progress in those discussions and are optimistic they will achieve a final resolution of the parties' disputes in the coming weeks;

WHEREAS, in light of these positive developments, the parties have already obtained a stipulated deferral of dates in the International Trade Commission relating to a complaint filed by WSI against Zep in that forum (Exhibit A);

---

[1] Defendants Morrison Supply Company, LLC and Sky Solar Solutions, LLC are specially appearing for the sole purpose of indicating their agreement to this Stipulation and do not by this stipulation, and the parties agree by this stipulation do not, waive previously asserted objections to personal jurisdiction.

[2] The parties are presently involved in a series of additional actions in the Northern District of California and United States International Trade Commission concerning two WSI patents – U.S. Patent No. 7,406,800 (the "'800 Patent") and U.S. Patent No. 7,987,641 (the "'641 Patent") (*Akeena Solar et al. vs. Zep Solar, et al.*, U.S.D.C. N.D. Cal. Case No. CV 09-5040 filed October 22, 2009 re the '800 patent (stayed); *Zep Solar et al. vs. Westinghouse Solar, et al.*, U.S.D.C. N.D. Cal. Case No. CV 11-3800 filed August 2, 2011 re the '641 Patent (stayed); *In the Matter of Certain Integrated Solar Power Systems and Components Thereof*, USITC Investigation No. 337-TA-811 filed October 3, 2011 (several dates deferred approximately 30 days)).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 2 -

25142\3042022.1

WHEREAS, the parties wish to obtain a similar deferral of upcoming dates in this Action to facilitate these ongoing settlement discussions;

ACCORDINGLY, it is HEREBY STIPULATED by and among the parties and their counsel of record that the current scheduled dates in this action be deferred by approximately thirty days and be modified as follows (under the "Proposed" column):

| Event | Current Date | Proposed New Date |
|---|---|---|
| WSI, Morrison Supply, and Sky Solar to file amendments to their answers and counterclaims, if any | May 4, 2012 | June 1, 2012 |
| Zep's Opposition to Alternative Power & Electric's Motion to Dismiss | May 15, 2012 | June 15, 2012 |
| Alternative Power & Electric's Reply on Motion to Dismiss | May 22, 2012 | June 22, 2012 |
| Zep to Complete Jurisdictional Discovery Pursuant to this Court's Order of April 16, 2012 (Docket 56) | May 30, 2012 | June 29, 2012 |
| Zep's Opposition to Sky Solar Solutions and Morrison Supply Co.'s Motion to Dismiss | June 6, 2012 | July 6, 2012 |
| Hearing on Alternative Power & Electric's Motion to Dismiss **DOCKET NO. 27** | June 8, 2012 | July 13, 2012[3] |
| Sky Solar Solutions and Morrison Supply Co.'s Replies On Motion to Dismiss | June 13, 2012 | July 13, 2012 |
| Hearing on Sky Solar Solutions and Morrison Supply Co.'s Motions to Dismiss **DOCKETS 12, 14** | June 29, 2012 | ~~July 27, 2012~~ **August 3, 2012** |

The Court previously continued the hearings on Defendants' motions to dismiss. Docket Nos. 51, 56. The Court vacated the date set for the Case Management Conference. Docket No. 56 The scheduling modifications requested by this stipulation will not affect other dates set in this action.

---

[3] The parties request that the hearing on Alternative Power & Electric's Motion to Dismiss be continued to July 13, 2012, which is more than 30 days from the current hearing date, as that appears to be the first available hearing date on the Court's calendar.

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE CERTAIN PRE-TRIAL DATES
- 3 -
25142\3042022.1
14951318.2

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**IT IS SO STIPULATED.**

Dated: April 26, 2012                    FARELLA BRAUN + MARTEL LLP


By: _____/s/_____
Roderick M. Thompson (State Bar No. 96192)
    rthompson@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
    jfisher@fbm.com
Deepak Gupta (State Bar No. 226991)
    dgupta@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff/Counterdefendant
ZEP SOLAR, INC.

Dated: April 26, 2012                    SNELL & WILMER LLP


By: _____/s/_____
Deborah S. Mallgrave (#198603)
    dmallgrave@swlaw.com
Jeffrey M. Singletary (#233528)
    jsingletary@swlaw.com
Harsh P. Parikh (#281402)
    hparikh@swlaw.com
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: 714-427-7000
Facsimile: 714-427-7799

Attorneys for Defendants/Counterplaintiffs
WESTINGHOUSE SOLAR, INC.,
ANDALAY SOLAR, INC.; Defendant
ALTERNATIVE POWER & ELECTRIC;
and specially appearing Defendants
MORRISON SUPPLY COMPANY, LLC,
and SKY SOLAR SOLUTIONS, LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 4 -

25142\3042022.1

| | | |
|---|---|---|
| 1 | Dated: April 26, 2012 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>Jeffrey G. Knowles (State Bar No. 129754)<br>ef-jgk@cpdb.com |
| 4 | | Julia D. Greer (State Bar No. 200479)<br>ef-jdg@cpdb.com |
| 5 | | One Ferry Building, Suite 200<br>San Francisco, California 94111-4213 |
| 6 | | Telephone: 415.391.4800<br>Facsimile: 415.989.1663 |
| 7 | | |
| 8 | | Attorneys for Defendants/Counterplaintiffs<br>LIGHTWAY GREEN NEW ENERGY |
| 9 | | COMPANY, LTD., AND BRIGHTWAY<br>GLOBAL, LLC |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES
14951318.2

- 5 -

25142\3042022.1

# ATTESTATION UNDER GENERAL ORDER NO. 45

In accordance with Northern District of California General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: April 26, 2012					FARELLA BRAUN + MARTEL LLP


							By:_____/s/_____
							    Jeffrey M. Fisher

							Attorneys for Plaintiff/Counterdefendant
							ZEP SOLAR, INC.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED and as AMENDED to reflect the correct docket number for Alternative Power's motion to dismiss.

Dated: April 27, 2012

By: _____/s/ Jeffrey S. White_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Case No. CV 11-6493 JSW
STIPULATED REQUEST TO CONTINUE
CERTAIN PRE-TRIAL DATES

- 6 -

25142\3042022.1