**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEP SOLAR, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WESTINGHOUSE SOLAR, INC., (formerly known as AKEENA SOLAR, INC.), a Delaware corporation, ANDALAY SOLAR, INC., a California corporation; LIGHTWAY GREEN NEW ENERGY COMPANY, LTD., a Hebei Province, China corporation; BRIGHTWAY GLOBAL, LLC, a New Jersey corporation; MORRISON SUPPLY COMPANY, LLC, a Texas corporation; SKY SOLAR SOLUTIONS, LLC, a Pennsylvania corporation; ALTERNATIVE POWER & ELECTRIC, a California partnership,<br><br>　　　　　　Defendant. | **CASE NO. CV11-06493 JSW**<br>**Hon. Jeffrey S. White, Ctrm. 11**<br><br>[~~Proposed~~] **Order Granting Request for Substitution of Counsel**<br><br><br>Complaint Filed: October 22, 2009 |

WHEREAS Defendants Lightway Green New Energy Company, Ltd. and Brightway Global, LLC and the below named counsel have consented to the substitution of Deborah S. Mallgrave, Jeffrey M. Singletary, and Harsh P. Parikh of Snell & Wilmer L.L.P. at 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689;

Telephone: 714-427-7000; Facsimile: 714-427-7799, in place of Jeffrey G. Knowles and Julia D. Greer of Coblentz, Patch, Duffy & Bass LLP.

IT IS HEREBY ORDERED that Snell & Wilmer L.L.P. shall be substituted as counsel of record in the above-referenced action.

Dated: May 31, 2012

_____
Hon. Jeffrey S. White

Order Granting Request for Substitution of Counsel
(No. CV11-06493 JSW)

14922420.1