**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZEP SOLAR, INC.,

    Plaintiff,

v.

WESTINGHOUSE SOLAR, INC., ANDALAY SOLAR, INC., LIGHTWAY GREEN NEW ENERGY COMPANY, LTD, BRIGHTWAY GLOBAL, LLC, MORRISON SUPPLY COMPANY, LLC, SKY SOLAR SOLUTIONS, LLC, and ALTERNATIVE POWER AND ELECTRIC,

    Defendants.

No. C 11-06493 JSW

**ORDER TO SHOW CAUSE**

The Court has read news reports that this matter has settled. The parties are HEREBY ORDERED TO SHOW CAUSE all pending motions should not be denied as moot. The parties' response shall be due by no later than June 8, 2012.

**IT IS SO ORDERED.**

Dated: June 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE