United States District Court

For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ZEP SOLAR, INC.,

10              Plaintiff,                        No. C 11-06493 JSW

11        v.
                                                **ORDER TO SHOW CAUSE**
12   WESTINGHOUSE SOLAR, INC.,
     ANDALAY SOLAR, INC., LIGHTWAY
13   GREEN NEW ENERGY COMPANY, LTD,
     BRIGHTWAY GLOBAL, LLC, MORRISON
14   SUPPLY COMPANY, LLC, SKY SOLAR
     SOLUTIONS, LLC, and ALTERNATIVE
15   POWER AND ELECTRIC,

16              Defendants.
                                            /
17

18        The Court has read news reports that this matter has settled.  The parties are HEREBY

19   ORDERED TO SHOW CAUSE all pending motions should not be denied as moot.  The

20   parties' response shall be due by no later than June 8, 2012.

21        **IT IS SO ORDERED.**

22   Dated: June 1, 2012                    _____
                                            JEFFREY S. WHITE
23                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28